**Reverse and Render and Opinion Filed January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01182-CV

**VICTOR HERNANDEZ AND GRACIELA HERNANDEZ, Appellants**

**V.**

**AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01640-B**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is the parties' joint motion to dismiss the appeal. The parties have informed the Court that they have settled their differences and ask the Court to render judgment effectuating their agreement. We grant the parties' motion, reverse the trial court's judgment, and render judgment effectuating the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A).

141182F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VICTOR HERNANDEZ AND GRACIELA
HERNANDEZ, Appellants

No. 05-14-01182-CV     V.

AMERICAN HOMES 4 RENT
PROPERTIES TWO, LLC, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas.
Trial Court Cause No. CC-14-01640-B.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **REVERSED** and judgment is **RENDERED** effectuating the parties' agreement.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered January 12, 2015.